JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR05-0413RSM |
| Plaintiff, | ) |
| | ) STIPULATED ORDER EXTENDING TIME |
| vs. | ) TO FILE INDICTMENT |
| | ) |
| HECTOR ESTRADA-RODRIGUEZ, | ) |
| Defendant. | ) |

Pursuant to 18 U.S.C. §3161(b), the government being required to file an indictment on or before December 14, 2005, and the defendant concurring in the waiver of his rights to a speedy indictment through January 14, 2006:

The Court has considered the parties' stipulated motion, and it appears it would be unreasonable to expect the filing of an indictment to occur in this case within thirty (30) day period because of the need for further case evaluation prior to indictment, without which government and defense counsel would be denied reasonable time necessary for effective preparation. By their consent given below approving the entry of this order,

STIPULATED ORDER TO EXTEND
TIME TO FILE INDICTMENT - 1

the government and the defendant are agreeable to an extension of time within which an indictment must be filed from December 14, 2005 to January 14, 2006.

Therefore the ends of justice that are served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS ORDERED that the date on or before which the indictment must be filed is extended from December 14, 2005 to January 14, 2006.

IT IS FURTHER ORDERED that the period of delay from December 14, 2005 through January 14, 2006, is excludable time pursuant to 18 U.S.C. §3161(h)(8)(A), for the purpose of computing the time limitations imposed by the Speedy Trial Act.

DATED this _6__ day of December, 2005.


_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE


Presented by:

/s/_____
William T. Hines
Attorney for Defendant